UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD H. EDWARDS,

    Petitioner,

v.

    Civil No. 04-74399-DT
    HONORABLE GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

HAROLD WHITE,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on July 25, 2005.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 25th day of July, 2005.

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**Copies of this Order were served on the attorneys of record on July 25, 2005, by electronic and/or ordinary mail.**

                                                        **s/Josephine Chaffee**
                                                        **Secretary/Deputy Clerk**